UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BENJAMIN LUCAS,

                            Petitioner,

   -against-

MICHAEL FINK, Warden, MDC-Brooklyn,
THE FEDERAL BUREAU OF PRISONS,
JEFF JOHNSON, ISM Manager,
CARLOS DUFF, Unit Manager,
MS. N. WALLER, Case Manager, and
DOES 1 to 10,

                            Respondents.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 0067 (ARR)

An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on April 25, 2005, denying the petition for a writ of habeas corpus; ordering that a Certificate of Appealability will not issue; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal form the Court's Opinion and Order would not be taken in good faith; and denying in forma pauperis status for purpose of an appeal; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondents; that the petition for a writ of habeas corpus is denied; that a Certificate of Appealability will not issue; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from the Court's Opinion and Order would not be taken in good faith; and that in forma pauperis status is denied for purpose of an appeal.

Dated: Brooklyn, New York
        April 26, 2005

ROBERT C. HEINEMANN
Clerk of Court